Adam Lamb, Respondent, v. Henry C. Friedman, Appellant.— Judgment of the Municipal Court affirmed by default, with costs.    Hirschberg, P. J., Burr, Thomas, Rich and Carr, JJ., concurred.

Katharine A. Laydon, Respondent, v. The City of New York, Appellant.— Order affirmed, with ten dollars costs and disbursements.    No opinion.    Jenks, Burr, Thomas, Rich and Carr, JJ., concurred.

Thomas MacKellar, Respondent, v. LaMarcus A. Thompson, Appellant. (Action No. 1.)— Judgment and order affirmed on argument, with costs, on authority of *MacKellar* v. *Thompson* (119 App. Div. 36).    Hirschberg, P. J., Burr, Thomas, Rich and Carr, JJ., concurred.

Annie Maloney, Respondent, v. The Long Island Railway Company, Defendant, Impleaded with Coney Island and Brooklyn Railroad Company, Appellant.— Judgment of the Municipal Court unanimously affirmed, with costs.    No opinion. Present — Hirschberg, P. J., Woodward, Jenks and Thomas, JJ.

Vincent R. Prentice, Respondent, v. Edward I. Townsend and Others, Appellants.— Order of the County Court of Rockland county affirmed, with ten dollars costs and disbursements.    No opinion.    Jenks, Burr, Thomas, Rich and Carr, JJ., concurred.

Otto E. Reimer, Appellant, v. Abraham Samuels and Others, Defendants. Fannie Seewald, Respondent.— Order affirmed, with ten dollars costs and disbursements.    No opinion.    Hirschberg, P. J., Woodward, Thomas, Rich and Carr, JJ., concurred.

Rebecca Rosenthal, Respondent, v. Ignatz Roth, a Domestic Corporation, Appellant.— Order affirmed, with ten dollars costs and disbursements.    No opinion.    Jenks, Burr, Thomas, Rich and Carr, JJ., concurred.

Harris Sklar, Appellant, v. Harris Horowitz and Others, Respondents.— Order of the County Court of Kings county affirmed, with ten dollars costs and disbursements, without prejudice to a new application to said court for leave to sue upon the bond and guaranty, upon notice to the parties interested.    No opinion. Jenks, Burr, Thomas, Rich and Carr, JJ., concurred.

Mary C. Smith, Respondent, v. Timothy F. Kieley, Defendant.    Charles C. Capello and Others, Appellants; Jamaica Paragon Plaster Company and Others, Respondents.— Judgment and order of the County Court of Queens county affirmed, with costs.    No opinion.    Woodward, Jenks, Burr, Thomas and Rich, JJ., concurred.